(123 So. 86)

Henry BREWER v. STATE. (8 Div. 98.).

Supreme Court of Alabama. May 23, 1929.

Rehearing Denied June 27, 1929.

C. P. Almon, of Florence, and Wm. Stell and H. H. Hamilton, both of Russellville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Henry Brewer for certiorari to the Court of Appeals to review and revise the judgment and decisions of that court in Brewer v. State, 123 So. 86.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.